■ The People of the State of New York, Respondent, v Myron Roundtree, Appellant. [922 NYS2d 218]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Michael R. Ambrecht, J., at plea; Patricia M. Nunez, J., at sentence), rendered on or about August 4, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Saxe, DeGrasse, Freedman and Abdus-Salaam, JJ.

■ The People of the State of New York, Respondent, v Cristobal Verdejo, Appellant. [919 NYS2d 849]—Judgment, Supreme Court, New York County (Robert M. Stolz, J.), rendered July 2, 2008, convicting defendant, after a jury trial, of attempted murder in the second degree, assault in the first degree and two counts of criminal possession of a weapon in the second degree, and sentencing him to an aggregate term of 25 years, unanimously affirmed.

The verdict was not against the weight of the evidence (see *People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The victim's testimony, which was corroborated by three eyewitnesses, clearly disproved defendant's justification defense. Concur—Tom, J.P., Saxe, DeGrasse, Freedman and Abdus-Salaam, JJ.